United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Robert G Boyle  
Danielle Laree Boyle  
    Debtors

Case No. 17-00702-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 1     Date Rcvd: Aug 09, 2017  
                    Form ID: pdf010    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.  
db/jdb      +Robert G Boyle,    Danielle Laree Boyle,    1632 Breon Road,    Middleburg, PA 17842-8173  
           +Joseph Patrick Boyle,    81 Dinius Avenue,    Middleburg, PA 17842-8752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2017 at the address(es) listed below:
       Ann E. Swartz    on behalf of Creditor    Franklin American Mortgage Company ASwartz@mwc-law.com, ecfmail@mwc-law.com  
       Celine P DerKrikorian    on behalf of Creditor    Franklin American Mortgage Company ecfmail@mwc-law.com  
       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com  
       Daniel J. Rheam    on behalf of Joint Debtor Danielle Laree Boyle court@rheamlaw.com  
       Daniel J. Rheam    on behalf of Debtor Robert G Boyle court@rheamlaw.com  
       James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                            TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert G. Boyle<br>    Danielle Laree Boyle aka Danielle L Boyle<br>        Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>        Movant<br>    v.<br>Robert G. Boyle<br>Danielle Laree Boyle aka Danielle L Boyle<br>        Respondents<br>        and<br>Joseph Patrick Boyle<br>        Additional Respondent<br>        and<br>Charles J. DeHart, III Esq., Trustee<br>        Additional Respondent | NO. 17-00702 RNO<br><br>11 U.S.C. Section 362 and 1301 |

## ORDER TERMINATING AUTOMATIC STAY & CO-DEBTOR STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, the court reviewed the file herein, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay under 11 U.S.C. Section 362(d) and 11 U.S.C. Section 1301(a) is hereby terminated as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2007 DODGE NITRO , VIN: 1D8GU58K17W565047 in a commercially reasonable manner.

By the Court,

*Robert N. Opel II*

Dated: August 9, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)