```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 17-00702-RNO
Robert G Boyle                                               Chapter 13
Danielle Laree Boyle
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1        User: MMchugh             Page 1 of 1       Date Rcvd: Aug 22, 2017
                            Form ID: pdf010           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
```
db/jdb       +Robert G Boyle,   Danielle Laree Boyle,   1632 Breon Road,   Middleburg, PA 17842-8173
             +Blatt, Hasenmiller, Leibker &,   Moore, LLC,   Attn: Nathalie Paul, Esq.,
               1835 Market Street, Ste. 501,   Philadelphia PA 19103-2933
4888064      +TD BANK USA, N.A.,   3701 WAYZATA BLVD,   MINNEAPOLIS, Minnesota 55416-3401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:
```
          Ann E. Swartz    on behalf of Creditor    Franklin American Mortgage Company ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    Franklin American Mortgage Company
           ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
          Daniel J. Rheam   on behalf of Debtor Robert G Boyle court@rheamlaw.com
          Daniel J. Rheam   on behalf of Joint Debtor Danielle Laree Boyle court@rheamlaw.com
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 1:17-bk-00702 |
| ROBERT G. BOYLE | : | |
| DANIELLE LAREE BOYLE | : | |
| aka DANIELLE L. BOYLE | : | CHAPTER 13 |
| Debtors | : | |

___

| | | |
|---|---|---|
| ROBERT G. BOYLE | : | |
| DANIELLE LAREE BOYLE | : | |
| aka DANIELLE L. BOYLE | : | |
| Movants | : | |
| | : | |
| TD BANK USA, NA | : | |
| Respondent | : | |

### ORDER TO AVOID LIEN

UPON CONSIDERATION OF the Motion of the above named Debtor/Movant to avoid a lien of Respondent is avoided as to the following real estate:

**ALL THOSE TWO (2) CERTAIN** tracts or parcels of land situate in the **Township of Center**, County of Snyder and Commonwealth of Pennsylvania, more particularly bounded and described as follows:

**TRACT NO. ONE:** BEGINNING at a point located near the center of Breon Road (T-481), said point being the southeast corner of the within described lot; thence along land now or formerly of William H. Humphries, Lyle L. Holdeman and Ephraim L. King, North 12 deg. 40 min. 26 sec. West, passing through a set steel pin at a distance of 13.83 feet, a total distance of 752.34 feet to a set steel pin; thence along land now or formerly of Phares Z. Horning, South 79 deg. 56 min. 50 sec. West, a distance of 530.00 feet to a set steel pin; thence along Tract No. Two herein, South 07 deg. 08 min. 35 sec. East, passing through a set steel pin at a distance of 686.35 feet, a total distance of 715.60 feet to a point in Breon Road; thence along and through Breon Road, north 85 deg. 39 min. 10 sec. East, a distance of 444.06 feet to a point; thence along same, North 77 deg. 19 min. 35 sec. East, a distance of 159.04 feet to the point of Beginning. Containing 9.63 Acres, less 0.25 of an Acre for road right-of-way, upon which is erected a one-story frame dwelling and pole barn, and being designated as Tract-1, Lot-6, on the Subdivision Plan for Jason K. Zimmerman and Ella W. Zimmerman, of record in Snyder County Map File No. 2631. Being designated as Snyder County Tax Parcel No. 04-08-087.

**TRACT NO. TWO:** BEGINNING at a point on the southern right-of-way line of Breon Road (T-481) at the southwestern corner of this lot; thence along and through said road and along land nor or formerly of Sylvia M. Phillips, known as T-1, Lot-12, North 04 deg. 20 min. 50 sec. West, a distance of 49.81 feet to a set steel pin; thence along same, North 36 deg. 34 min. 35 sec. West, a distance of 285.54 feet to a set steel pin; thence along land now or formerly of Phares Z. Horning, North 05 deg. 35 min. 30 sec. West, a distance of 148.43 feet to a set steel pin; thence along same, North 39 deg. 54 min. 20 sec. East, a distance of 383.79 feet to a set steel pin; thence along Tract No. One herein, South 07 deg. 08 min. 35 sec. East, passing through a set steel pin on the northern side of Breon Road at a distance of 686.35 feet, a total distance of 715.60 feet to a point on the south side of Breon Road; thence through the southern right-of-way line of said Breon Road, South 85 deg. 39 min. 10 sec. West, a distance of 147.63 feet to a point in the centerline of said Breon Road, the place of Beginning. Containing 3.21 Acres of vacant land, of which 0.10 of an Acre is within the right-of-way of Breon Road (T-481). Said tract is designated as T-1, Lot-6A, on the Revised Subdivision Plan prepared by James F. Grose, P.L.S., dated April 22, 1997, revised August 25, 1997, and September 12, 1997, of record in Snyder County Map File No. 2744. Being designated as Snyder County Tax Parcel No. 04-08-087A.

IT IS HEREBY ORDERED, adjudged and decreed that the Judgment lien held by the Respondent, TD BANK USA, NA at Court of Common Pleas, Snyder County, Pennsylvania, Case #: CV-0487-2016, on the Debtor's interest on real estate is hereby declared void in its entirety and of no further force and effect as it violates the Bankruptcy Code Section 547(b)(4)(a).

ORDERED AND DECREED that a copy of this Order may be filed with the Prothonotary of Snyder County and the Prothonotary is directed to terminate the Judgment in the judgment indices.

Dated: August 22, 2017

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)