# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Robert G. Boyle and Danielle Laree Boyle aka Danielle L. Boyle | : | CHAPTER 13 |
| | : | CASE NO. 1-17-bk-00702 |
| **Debtor(s)** | : | |
| Franklin American Mortgage Company, or its Successor or Assignee | : | ADVERSARY NO. __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | Nature of Proceeding: _____ |
| Robert G. Boyle and Danielle Laree Boyle aka Danielle L. Boyle<br>Charles J. DeHart, III | : | Motion for Relief from Stay |
| **Defendant(s)/Respondent(s)** | : | Document #: 57 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties are working towards a resolution of the Motion for Relief from Automatic Stay.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: February 20, 2018

/s/ Alexandra T. Garcia

Attorney for Movant

Name: Alexandra T. Garcia

Phone Number: 215-790-1010

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.