# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT G BOYLE

          DANIELLE LAREE BOYLE
          AKA: DANIELLE L BOYLE

             Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
             Movant

          vs.

          ROBERT G BOYLE
           DANIELLE LAREE BOYLE
          AKA: DANIELLE L BOYLE
             Respondent(s)

CHAPTER 13

CASE NO: 1-17-00702-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on March 11, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                     Respectfully submitted,

                     s/   Charles J. DeHart, III
                     Charles J. DeHart, III, Trustee
                     8125 Adams Drive, Suite A
                     Hummelstown, PA  17036
                     Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ROBERT G BOYLE
           DANIELLE LAREE BOYLE
           AKA: DANIELLE L BOYLE          CHAPTER 13

                 Debtor(s)

           CHARLES J. DEHART, III          CASE NO: 1-17-00702-HWV
           CHAPTER 13 TRUSTEE
                Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion.  Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| April 10, 2019  at 9:00 am | April 10, 2019 at 09:35 AM |
| Bankruptcy Courtroom | Bankruptcy Courtroom |
| Ronald Reagan Federal Bldg | Ronald Reagan Federal Bldg |
| 3rd Floor, 228 Walnut Street | 3rd Floor, 228 Walnut Street |
| Harrisburg, PA 17101 | Harrisburg, PA 17101 |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 870.00**
**AMOUNT DUE FOR THIS MONTH:  $435.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $1305.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.      You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.      You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

> Charles J. DeHart, III, Trustee
> 8125 Adams Drive, Suite A
> Hummelstown, PA  17036
> Phone:  (717) 566-6097

Dated:  March 11, 2019

IN RE:    ROBERT G BOYLE

            DANIELLE LAREE BOYLE
            AKA: DANIELLE L BOYLE                    CHAPTER 13

                        Debtor(s)

            CHARLES J. DEHART, III                   CASE NO: 1-17-00702-HWV
            CHAPTER 13 TRUSTEE
                        Movant

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I am more than 18 years of age and that on March 11, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

DANIEL J. RHEAM, ESQUIRE                           Served electronically
533 NORTH DERR DRIVE
LEWISBURG, PA  17837-


ROBERT G BOYLE
DANIELLE LAREE BOYLE
1632 BREON ROAD                                    Served by 1st Class Mail
MIDDLEBURG, PA  17842



United States Trustee
228 Walnut Street
Suite 1190                                         Served electronically
Harrisburg, PA  17101



I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 11, 2019                  <u>Liz Joyce</u>
                                       for Charles J. DeHart, III, Trustee
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       eMail: dehartstaff@pamd13trustee.com

IN RE:   ROBERT G BOYLE
           DANIELLE LAREE BOYLE
           AKA: DANIELLE L BOYLE

                                      CHAPTER 13

           Debtor(s)


CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
           Movant                     CASE NO: 1-17-00702-HWV

    vs.


ROBERT G BOYLE                   MOTION TO DISMISS
DANIELLE LAREE BOYLE
AKA: DANIELLE L BOYLE


## ORDER DISMSSING CASE

     Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.