```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00702-HWV
Robert G Boyle                                                      Chapter 13
Danielle Laree Boyle
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: MMchugh            Page 1 of 1            Date Rcvd: Jul 02, 2019
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            +E-mail/Text: DSHOWERS@EVANHOSPITAL.COM Jul 02 2019 19:33:32     Evangelical Community Hospital,
              Attn: Payroll Department,   One Hospital Drive,   Lewisburg, PA 17837-9318
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Citizens Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    Franklin American Mortgage Company
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Franklin American Mortgage Company ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor    Franklin American Mortgage Company
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Daniel J. Rheam    on behalf of Debtor 1 Robert G Boyle court@rheamlaw.com
              Daniel J. Rheam    on behalf of Debtor 2 Danielle Laree Boyle court@rheamlaw.com
              James    Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James    Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT G. BOYLE : CHAPTER 13
DANIELLE LAREE BOYLE :
aka DANIELLE L. BOYLE :
          Debtor : CASE NO. 1:17-bk-00702-HWV

## ORDER TO PAY TRUSTEE

**UPON CONSIDERATION**, the above referenced joint-debtor, having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with the statute,

IT IS HEREBY ORDERED that until further Order of this Court:

**Evangelical Community Hospital
One Hospital Drive
Lewisburg, PA 17837
Attn: Payroll Department**

shall deduct from Joint-Debtor DANIELLE LAREE BOYLE's income the sum of **$217.50** from each bi-weekly paycheck, beginning on the next day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Joint-Debtor DANIELLE LAREE BOYLE receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Joint-Debtor and to remit the deducted sums to:

**Charles J. DeHart, III, Standing Chapter 13 Trustee
P.O. Box 7005
Lancaster, PA 17604**

IT IS FURTHER ORDERED that checks to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

Dated: July 2, 2019      By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge (JH)