```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 17-00702-HWV
Robert G Boyle                                                 Chapter 13
Danielle Laree Boyle
         Debtors               CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke          Page 1 of 3             Date Rcvd: Feb 21, 2020
                              Form ID: pdf010          Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db/jdb         +Robert G Boyle,    Danielle Laree Boyle,    1632 Breon Road,    Middleburg, PA 17842-8173
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
4888027         BEST BUY CREDIT SERVICES,    PO BOX 78009,    PHOENIX, AZ 85062-8009
4888028        +BLATT, HASENMILLER, LEIBSKER & MOORE,    1835 MARKET STREET, SUITE 501,
                 PHILADELPHIA, Pennsylvania 19103-2933
4888035        +CITIBANK, N.A.,    PO BOX 6077,    SIOUX FALLS, South Dakota 57117-6077
4938647         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4895112        +Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
5255177        +Citizens Bank, N.A.,    f/k/a RBS Citizens Bank, N.A.,    10561 Telegraph Rd.,
                 Glen Allen, VA 23059-4577
5255178        +Citizens Bank, N.A.,    f/k/a RBS Citizens Bank, N.A.,    10561 Telegraph Rd.,
                 Glen Allen, VA 23059,    Citizens Bank, N.A.,    f/k/a RBS Citizens Bank, N.A. 23059-4577
5148656        +Citizens Bank, N.A.,    c/o McCabe, Weisberg & Conway, LLC,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
5002722         Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
5002723         Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,    P.O. Box 16408,    St. Paul, MN 55116-0408
4888040         FIRST PREMIER BANK,    PO BOX 5529,    SIOUX FALLS, South Dakota 57117-5529
4888043        +FRANKLIN AMERICAN MORTGAGE COMPANY,    425 PHILLIPS BLVD,    EWING, NJ 08618-1430
4888041        +FRANKLIN AMERICAN MORTGAGE COMPANY,    PO BOX 77404,    EWING, NJ 08628-6404
4888042        +FRANKLIN AMERICAN MORTGAGE COMPANY,    PO BOX 77404,    EWIG, New Jersey 08628-6404
4944246        +Franklin American Mortgage Company,    c/o Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
4888044        +HARLEY DAVIDSON FINANCIAL,    DEPT 15129,    PALATINE, Illinois 60055-0001
4896076        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
4888045        +JOSEPH BOYLE,    81 DINIUS AVENUE,    MIDDLEBURG, PA 17842-8752
4888050        +MCCABE, WEISBERG & CONWAY, P.C.,    123 SOUTH BROAD STREET,    SUITE 1400,
                 PHILADELPHIA, Pennsylvania 19109-1060
4888051         MEMBERS CHOICE FINANCIAL CREDIT UNION,    230 WALNUT STREET,    DANVILLE, Pennsylvania 17821
4888052        +MIDLAND FUNDING LLC ASSIGNEE OF CONSUMER,    8875 AERO DRIVE,    SAN DIEGO, CA 92123-2251
4888053         NATIONS RECOVERY CENTER, INC.,    PO BOX 620130,    ATLANTA, GA 30362-2130
4888055        +NORTHLAND GROUP INC,    PO BOX 390905,    MINNEAPOLIS, Minnesota 55439-0905
4888059         PROGRESSIVE FINANCIAL SERVICES, INC,    PO BOX 22083,    TEMPE, Arizona 85285-2083
4888117        +RHEAM LAW, P.C.,    533 NORTH DERR DRIVE,    LEWISBURG, PA 17837-1001
4888063        +TARGET CARD SERVICES,    PO BOX 660170,    DALLAS, Texas 75266-0170
4888064        +TD BANK USA, N.A.,    3701 WAYZATA BLVD,    MINNEAPOLIS, Minnesota 55416-3440
4888065        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA FINANCIAL SERVICES,    PO BOX 5855,
                 CORAL STREAM, Illinois 60197)
5004013         Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
4902463        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4888067         WELLS FARGO DEALER SERVICES,    PO BOX 17900,    DENVER, CO 80217-0900
4888066         WELLS FARGO DEALER SERVICES,    PO BOX 25341,    SANTA ANA, California 92799-5341
4924984         Wells Fargo Bank N.A., dba Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 19:21:57
                 PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541-1067
4888029         E-mail/Text: cms-bk@cms-collect.com Feb 21 2020 19:18:10      CAPITAL MANAGEMENT SERVICES, LP,
                 698 1/2 SOUTH OGDEN STREET,    BUFFALO, New York 14206-2317
4888030         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2020 19:21:57      CAPITAL ONE BANK,
                 PO BOX 71083,    CHARLOTTE, North Carolina 28272-1083
4888033        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2020 19:22:44
                 CAPITAL ONE SERVICES, LLC,    PO BOX 70886,    CHARLOTTE, NC 28272-0886
4888032         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2020 19:21:57
                 CAPITAL ONE SERVICES, LLC,    PO BOX 30285,    SALT LAKE CITY, Utah 84130-0285
4888034         E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 19:21:58      CARE CREDIT/SYNCHRONY BANK,
                 PO BOX 960061,    ORLANDO, Florida 32896-0061
4888036        +E-mail/Text: mediamanagers@clientservices.com Feb 21 2020 19:18:04      CLIENT SERVICES, INC,
                 3451 HARRY S. TRUMAN BLVD,    ST. CHARLES, Missouri 63301-9816
4888037         E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2020 19:22:22      CREDIT ONE BANK,
                 PO BOX 60500,    CITY OF INDUSTRY, California 91716-0500
4888038        +E-mail/Text: egssupportservices@alorica.com Feb 21 2020 19:18:18      EGS FINANCIAL CARE, INC,
                 PO BOX 1020,    DEPT 806,    HORSHAM, PA 19044-8020
4888039         E-mail/Text: bnc-bluestem@quantum3group.com Feb 21 2020 19:18:22      FINGERHUT,    PO BOX 166,
                 NEWARK, New Jersey 07101-0166
4941892         E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2020 19:18:19      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4888046         E-mail/Text: bncnotices@becket-lee.com Feb 21 2020 19:18:07      KOHLS,    PO BOX 3043,
                 MILWAUKEE, Wisconsin 53201-3043
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4888047        E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 19:21:57      LOWES,    PO BOX 530914,
                ATLANTA, Georgia 30353-0914
4888048        E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 19:22:20      LOWES/SYNCHRONY BANK,
                PO BOX 530914,    ATLANTA, Georgia 30353-0914
4888049        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 19:22:24      LVNV FUNDING, LLC,
                PO BOX 10497,    GREENVILLE, South Carolina 29603-0497
4942692        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 19:22:50
                LVNV Funding, LLC its successors and assigns as,      assignee of Citibank USA, N. A.,
                Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
4934136        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 19:22:01
                LVNV Funding, LLC its successors and assigns as,      assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
4927166       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 21 2020 19:18:15      MIDLAND FUNDING LLC,
                MIDLAND CREDIT MANAGEMENT, INC. as agent,     for MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
4888054        E-mail/PDF: pa_dc_claims@navient.com Feb 21 2020 19:21:59      NAVIENT SOLUTIONS, INC,
                PO BOX 9500,    WILKES-BARRE, PA 18773-9500
4888056        E-mail/PDF: cbp@onemainfinancial.com Feb 21 2020 19:22:43      ONE MAIN,    132 W FRONT STREET,
                BERWICK, PA 18603-4702
4888057       +E-mail/PDF: cbp@onemainfinancial.com Feb 21 2020 19:22:43      ONE MAIN FINANCIAL,
                175 AJK BLVD,    SUITE 109,    LEWISBURG, Pennsylvania 17837-7491
4905181        E-mail/PDF: cbp@onemainfinancial.com Feb 21 2020 19:22:20      ONEMAIN FINANCIAL,
                P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
4888058        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 19:33:32
                PORTFOLIO RECOVERY ASSOCIATES,     PO BOX 12914,    NORFOLK, Virginia 23541
4963274        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 19:33:17
                Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541
4963275        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 19:22:44
                Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541,
                Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541
4943846        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 19:22:21
                Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541
4909845        E-mail/Text: bnc-quantum@quantum3group.com Feb 21 2020 19:18:12
                Quantum3 Group LLC as agent for,     CASCADE CAPITAL LLC SERIES C,    PO Box 788,
                Kirkland, WA 98083-0788
4888060        E-mail/Text: courts@scott-pc.com Feb 21 2020 19:18:25      SCOTT & ASSOCIATES PC,
                PO BOX 115220,    CARROLLTON, Texas 75011-5220
4888061        E-mail/PDF: cbp@onemainfinancial.com Feb 21 2020 19:22:20      SPRINGLEAF,    132 W FRONT STREET,
                BERWICK, PA 18603-4702
4888062        E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 19:21:57      SYNCHRONY BANK,    PO BOX 965033,
                ORLANDO, Florida 32896-5033
4907717       +E-mail/Text: bncmail@w-legal.com Feb 21 2020 19:18:18      TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4931075       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2020 19:22:08      Verizon,
                by American InfoSource LP as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 55116-0408
4888031*       +CAPITAL ONE BANK,    PO BOX 71083,    CHARLOTTE, North Carolina 28272-1083
4888026       ##+AARONS SALES AND LEASE,    1015 COBB PLACE BLVD,    KENNESAW, Georgia 30144-3672
4899545       ##+Navient Solutions, Inc. on behalf of,     Massachusetts Higher Education Assistanc,
                 d/b/a American Student Assistance,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518
                                                                                   TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                 Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:

    Alexandra Teresa Garcia   on behalf of Creditor   Citizens Bank, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    Alexandra Teresa Garcia   on behalf of Creditor   Franklin American Mortgage Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    Ann E. Swartz   on behalf of Creditor   Franklin American Mortgage Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    Ann E. Swartz   on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens NA ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    Ann E. Swartz   on behalf of Creditor   Citizens Bank, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    Celine P DerKrikorian   on behalf of Creditor   Franklin American Mortgage Company ecfmail@mwc-law.com
    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
    Daniel J. Rheam   on behalf of Debtor 1 Robert G Boyle court@rheamlaw.com
    Daniel J. Rheam   on behalf of Debtor 2 Danielle Laree Boyle court@rheamlaw.com
    James Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    James Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
    Lauren Marie Moyer   on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens NA nj-ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov
    William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

                                                                               TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT G. BOYLE : CASE NO. 1:17-bk-00702-HWV
DANIELLE LAREE BOYLE :
aka DANIELLE L. BOYLE :
                Debtor(s) : CHAPTER 13
                           :

## ORDER

Upon Motion of Debtors, the Debtors case is dismissed.

Dated: February 21, 2020      By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)