```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-00702-HWV
Robert G Boyle                                                  Chapter 13
Danielle Laree Boyle
       Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1        User: AutoDocke         Page 1 of 1        Date Rcvd: Feb 26, 2020
                            Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
        +E-mail/Text: DSHOWERS@EVANHOSPITAL.COM Feb 26 2020 19:41:49     Evangelical Community Hospital,
          Attn: Payroll Department,   One Hospital Drive,   Lewisburg, PA 17837-9318
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Citizens Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Alexandra Teresa Garcia    on behalf of Creditor    Franklin American Mortgage Company
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Citizens Bank, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Franklin American Mortgage Company ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor    Franklin American Mortgage Company
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Daniel J. Rheam    on behalf of Debtor 2 Danielle Laree Boyle court@rheamlaw.com
              Daniel J. Rheam    on behalf of Debtor 1 Robert G Boyle court@rheamlaw.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Lauren Marie Moyer    on behalf of Creditor    Citizens Bank NA f/k/a RBS Citizens NA
               nj-ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT G. BOYLE : CHAPTER 13
DANIELLE LAREE BOYLE :
aka DANIELLE L. BOYLE :
              Debtor(s) : CASE NO. 1:17-bk-00702-HWV

## ORDER REMOVING WAGE ATTACHMENT

UPON CONSIDERATION of the dismissal of the Debtors' case,
IT IS HEREBY ORDERED that:

    **Evangelical Community Hospital**
    **One Hospital Drive**
    **Lewisburg, PA 17837**
    **Attn: Payroll Department**

shall discontinue deductions from the pay of the above captioned joint-debtor.

Dated: February 26, 2020      By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (JH)